

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00148-CV

Javier H. **PEREZ**,
Appellant

v.

Patricia **VILLARREAL** and Israel Villarreal,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2011-CVT-000406-D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellees' motion to strike Appellant's surreply is DENIED. Costs of this appeal are taxed against Appellant Javier H. Perez.

SIGNED August 29, 2014.

_____
Patricia O. Alvarez, Justice